AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MICHAEL FORSTER,**

      Petitioner,

      V.            CASE NUMBER: **04-C-171**

**JUDY SMITH**,

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that Michael Forster's petition pursuant to Title 28, United States Code, Section 2254, is DENIED. This action is hereby DISMISSED.**

  **June 9, 2006**                       **SOFRON B. NEDILSKY**
Date                                  Clerk

                                          s/ Linda M. Zik
                                          (By) Deputy Clerk